THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO LYONS, Appellant. [978 NYS2d 878]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Dickerson, Hall and Austin, JJ., concur.